B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**Middle District of Florida, Fort Myers Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sturdivent, Mark B. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Sturdivent, Julie A. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Mark Benton Sturdivent<br>aka Mark G. Sturdivent;aka Mark B. Stureivent | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Jule Ann Sturdivent<br>fka Julie A, Greening |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  6765 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  1919 |
| Street Address of Debtor (No. and Street, City,  and State)<br>6411 Sable Ridge Lane<br>Naples, FL<br><div align="right">ZIPCODE<br>34109</div> | Street Address of Joint Debtor (No. and Street, City, and State<br>6411 Sable Ridge Lane<br>Naples, FL<br><div align="right">ZIPCODE<br>34109</div> |
| County of Residence or of the Principal Place of Business:<br>Collier | County of Residence or of the Principal Place of Business:<br>Collier |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIPCODE</div> | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of  Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br> 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other  N.A. | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main  Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests: _____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: _____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose."    ☐ Debts are<br>primarily<br>business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)  Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4 01 16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with  11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30534-302Y -*****

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mark B. Sturdivent & Julie A. Sturdivent** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X *Edward R. Miller*                8/23/13<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Mark B. Sturdivent & Julie A. Sturdivent |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date **8/23/13**

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X **Edward R. Miller**
Signature of Attorney for Debtor(s)  *Edward R. Miller*

~~RICHARD J. HOLLANDER 884900~~  182746
Printed Name of Attorney for Debtor(s)

Miller & Hollander
Firm Name

2430 Shadowlawn Dr. Ste. 18
Address

Naples, FL 34112

239-775-2000
Telephone Number

Date **8/23/13**
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-792 - 30334-302Y-*****

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida, Fort Myers Division

In re  Mark B. Sturdivent & Julie A. Sturdivent
_____
                    Debtor(s)

Case No._____
                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankcruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.5-792 - 30334-302Y-*****

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                    Page 2

☐ 3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____
                                        MARK B. STURDIVENT

Date:  _8-23-13_____

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Middle District of Florida, Fort Myers Division**

In re ___Mark B. Sturdivent & Julie A. Sturdivent___            Case No._____
                        Debtor(s)                                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

     **Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

     *Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

    ☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

    ☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                      Page 2

    ❒  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

        **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

    ❒  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❒  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❒  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❒  Active military duty in a military combat zone.

    ❒  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

        **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor        *Julie A. Sturdivent* 
                           JULIE A. STURDIVENT

        Date:   8/23/13

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Fort Myers Division

In re   Mark B. Sturdivent & Julie A. Sturdivent

Debtor

Case No. _____

Chapter   7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 763,474.00 | | |
| B – Personal Property | YES | 3 | $ 44,417.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 2,160,982.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 26 | | $ 5,051,334.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,300.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,046.00 |
| TOTAL | | 40 | $ 807,891.00 | $ 7,212,316.00 | |

# United States Bankruptcy Court
## Middle District of Florida, Fort Myers Division

In re   Mark B. Sturdivent & Julie A. Sturdivent          Case No. _____
                        Debtor

                                                          Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $        0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        0.00 |
| Student Loan Obligations (from Schedule F) | $        0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        0.00 |
| TOTAL | $        0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    1,300.00 |
| Average Expenses (from Schedule J, Line 18) | $    3,046.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $    3,262.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  1,172,508.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $        0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $        0.00 |
| 4. Total from Schedule F | | $  5,051,334.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  6,223,842.00 |

B6 Cover (Form 6 Cover) (12/07)

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6A (Official Form 6A) (12/07)

In re  Mark B. Sturdivent & Julie A. Sturdivent _____    Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead property - see Exhibit "I" attached hereto<br><br>6411 Sable Ridge Lane<br>Naples FL 34109 | | J | 762,474.00 | 1,845,000.00 |
| Timeshare in Lee County FL | | J | 1,000.00 | 1,600.00 |
| | | Total ▶ | 763,474.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

4045153  OR: 4256  PG: 1930

RECORDED in OFFICIAL RECORDS of COLLIER COUNTY, FL
07/11/2007 at 11:07AM DWIGHT E. BROCK, CLERK

REC FEE        18.50
INDEXING        2.00
DOC-.70          .70

RECORDING REQUESTED BY
LandAmerica Lenders Services

Mark Sturdivent
6411 Sable Ridge Lane
Naples, FL 34109

APN:  384-569-20007
Escrow No:  06095333-672-EH0
Title No: L8750103

Retn:
US RECORDINGS INC
2925 COUNTRY DR #201
ST PAUL MN 55117 9969

Space above this line for Recorder's use

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $  0.00 , CITY TAX $  0.00
AND **FOR A VALUABLE CONSIDERATION,** receipt of which is hereby acknowledged,

**Mark Sturdivent and Julie Sturdivent, husband and wife**

hereby GRANT(S) to

**Mark Sturdivent, A/K/A Mark B. Sturdivent and Julie Sturdivent, A/K/A  Julie A. Sturdivent, Husband and Wife**

the following described real property in the City of Naples, County of Collier, State of Florida:

**SEE ATTACHED EXHIBIT "A"**

Commonly known as: 6411 Saable Ridge Lane, Naples, FL 34109

Dated:  April 25, 2007

Recordings Requested by &
When Recorded Return To:
US Recordings, Inc.
2925 Country Drive
St. Paul, MN 55117

39823564-1

MARK STURDIVENT

Witness ( please print name )          ROBERT J. KAMSO

JULIE STURDIVENT

Witness ( please print name )          Anne T. Brown

STATE OF FLORIDA

COUNTY OF  Collier     } SS:

On  April 25, 2007  before me,  William Woods  a Notary Public,
personally appeared  Mark + Julie Sturdivent
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  BWoods

**William Woods**
Commission #DD234591
Expires: Jul 23, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

FOR NOTARY SEAL OR STAMP

MAIL TAX STATEMENTS AS DIRECTED ABOVE

BOE-502-A (BACK) REV. 8(10-05) ASSR-70 (Rev. 05/06)

Page 2 of 1

*** OR: 4256 PG: 1931 ***

# EXHIBIT A

THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN THE CITY OF NAPLES, COUNTY OF COLLIER, AND STATE OF FLORIDA, TO WIT:

ALL OF TRACT NO. 103, GOLDEN GATE ESTATES, UNIT NO.35, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT BOOK 7, AT PAGE 85, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

TAX ID #: 384 569 20007

BY FEE SIMPLE DEED FROM PEGGY O. HOWE AS SET FORTH IN DEED BOOK 001889, PAGE 001440 AND RECORDED ON 12/1/1993, COLLIER COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.





U39823564-050P02
GRANT DEED
LOAN# L0750103-STURDIVENT
US Recordings

B6B (Official Form 6B) (12/07)

In re  Mark B. Sturdivent & Julie A. Sturdivent _____     Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash | J | 1,000.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings, appliances, books & pictures | J | 5,000.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Misc Wearing apparel | J | 75.00 |
| 7.   Furs and jewelry. | | Misc Jewelry | J | 200.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | 3 shotguns $200; 2 rifles and 2 pistols $230 | J | 430.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | 3 term life insurance policies<br>6 whole life insurance policies | H<br>J | Unknown<br>6,864.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | J | 100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                    Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | 100% of Sturdivent Foods LLC $1; 100% of Sturdivent Holdings Inc $1 | J | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Fidelity Mutual investment account | J | 50.00 |
| 16. Accounts receivable. | | 2 workers comp claims | H | Unknown |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Workers comp claim Class action suit | H W | Unknown Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1/3 interest in 2005 Chrysler Town & Country, 140,000 miles   RETAIL (FMV $2,000) 2004 Monaco Signature Motor Home Trailer | J W H | 667.00 18,000.00 200.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-792 - 30334-302Y-*****

B6B (Official Form 6B) (12/07) -- Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | | 2005 Yamaha jetboat | H | 12,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs and 1 cat | J | 30.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Personal Papers<br>BP claim (Debtors) | J<br>J | 1.00<br>Unknown |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 20334-202V-*****

__0__  continuation sheets attached    Total    $    44,617.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re   <u>Mark B. Sturdivent & Julie A. Sturdivent</u>       Case No. _____
                **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 1,000.00 | 1,000.00 |
| Household goods, furnishings, appliances, books & pictures | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 5,000.00 | 5,000.00 |
| Misc Wearing apparel | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 75.00 | 75.00 |
| Misc Jewelry | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 200.00 | 200.00 |
| 3 shotguns $200; 2 rifles and 2 pistols $230 | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 430.00 | 430.00 |
| 3 term life insurance policies | Sec. 222.13 and Sec. 222.14 FS | Unknown | Unknown |
| 6 whole life insurance policies | Sec. 222.13 and Sec. 222.14 FS | 6,864.00 | 6,864.00 |
| IRA | Sec. 222.14 FS, 11 USC Sec. 522(d)(10)(E) made applicable by Sec. 222.201 FS & §222.21 FS | 100.00 | 100.00 |
| 100% of Sturdivent Foods LLC $1; 100% of Sturdivent Holdings Inc $1 | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS To the extent remaining that can be claimed as exempt | Unknown | Unknown |
| Workers comp claim | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | Unknown | Unknown |
| 1/3 interest in 2005 Chrysler Town & Country, 140,000 miles  RETAIL (FMV $2,000) | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 667.00 | 667.00 |
| 2 dogs and 1 cat | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 30.00 | 30.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankrupcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 3033-4-3Q2Y-*****

B6C (Official Form 6C) (04/13) -- Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    Case No. _____
_____Debtor_____                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal Papers | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS | 1.00 | 1.00 |
| BP claim (Debtors) | Art. X, Sec. 4 Fla. Const and Sec. 222.25 FS<br>To the extent that can be claimed as exempt | Unknown | Unknown |
| Trailer | Art. X, Sec. 4 Fla. Const. and Sec. 222.25 FS | 200.00 | 200.00 |

B6D (Official Form 6D) (12/07)

In re  Mark B. Sturdivent & Julie A. Sturdivent _____ ,        Case No. _____

                     Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9594<br><br>Bank of America<br>c/o Sapurstein & Block<br>9700 S Dixie Hwy #1000<br>Miami FL 33156 | | | Incurred: 2004<br>Lien: Lien on 2004 Monaco motorhome<br><br>VALUE $ 18,000.00 | | | | 291,485.00 | 273,485.00 |
| ACCOUNT NO. 8446<br><br>GE Money Bank<br>PO Box 6153<br>Rapid City SD 57709-6153 | | | Incurred: 2005<br>Lien: Lien on 2005 Yamaha Jetboat<br><br>VALUE $ 12,000.00 | | | | 22,897.00 | 10,897.00 |
| ACCOUNT NO. 11 CA 1525<br><br>HSBC/Wells Fargo<br>c/o Ronald R Wolfe & Assoc<br>PO Box 25018<br>Tampa FL 33622-5018 | | | Incurred: 2007<br>Lien: First Mortgage on Homestead<br><br>VALUE $ 762,474.00 | | | | 1,650,000.00 | 887,526.00 |

__1__ continuation sheets attached

                                                Subtotal ▶ | $1,964,382.00 | $1,171,908.00
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

               (Report also on     (If applicable, report
               Summary of Schedules) also on Statistical
                                    Summary of Certain
                                    Liabilities and Related
                                    Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6D (Official Form 6D) (12/07) – Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent        ,          Case No. _____
                        **Debtor**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0803/0901 <br><br> Lahaina Inn <br> 5580 Estero Blvd <br> Fort Myers Beach FL 33931 | | | Lien: Lien on Timeshare in Lee County FL <br><br><br> VALUE $    1,000.00 | | | | 1,600.00 | 600.00 |
| ACCOUNT NO. 1998 <br><br> Wells Fargo <br> PO Box 31557 <br> Billings MT 59107 | | | Incurred: 2007 <br> Lien: Second Mortgage on Homestead <br><br> VALUE $    762,474.00 | | | | 195,000.00 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no.  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) <br> (Total(s) of this page) | $   196,600.00 | $   600.00 |
|---|---|---|---|
|  | Total(s) <br> (Use only on last page) | $ 2,160,982.00 | $1,172,508.00 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related |

*Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-\*\*\*\*\**

B6E (Official Form 6E) (04/13)

In re  <u>Mark B. Sturdivent & Julie A. Sturdivent</u>           ,        Case No._____
                    Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) - Cont.

In re    Mark B. Sturdivent & Julie A. Sturdivent                                                ,    Case No._____
                                    Debtor                                                                                        (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-792 - 30334-302Y-*****

                              <u>  0  </u>  **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re   Mark B. Sturdivent & Julie A. Sturdivent   ,          Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7136<br>21st Century Oncology<br>PO Box 862152<br>Orlando FL 32886-2152 | | | | | | | 340.00 |
| ACCOUNT NO. 1001/1007/1009/1104<br>American Express<br>PO Box 36002<br>Fort Lauderdale FL 33336 | | | | | | | Notice Only |
| ACCOUNT NO. 6073<br>American Express<br>PO Box 981537<br>El Paso TX 79998 | | | | | | | 1,849.00 |
| ACCOUNT NO. 12 CC 398<br>American Express Bank FSB<br>c/o Henschel & Beinhaker<br>3475 Sheridan St #305<br>Hollywood FL 33021 | | | | | | | 7,500.00 |

_25_ continuation sheets attached

Subtotal  $ 9,689.00

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent_____,          Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  12 CA 1130 <br> American Express Centurion Bank <br> c/o Cordoba & Assoc PA <br> 1551 Sawgrass Corp Pkwy #110 <br> Sunrise FL 33323 | | | | | | | 17,969.00 |
| ACCOUNT NO. <br> American Recovery Svc <br> 555 St Charles #100 <br> Thousand Oaks CA 91360 | | | | | | | Notice Only |
| ACCOUNT NO. <br> AMEX <br> c/o Jaffe & Osher LLP <br> 600 3rd Ave <br> New York NY 10016 | | | | | | | Notice Only |
| ACCOUNT NO.  6259 <br> AT&T Universal Card <br> PO Box 6406 <br> The Lakes NV 88901-6406 | | | | | | | 14,620.00 |
| ACCOUNT NO.  8560 <br> AT&T Universal/CD CBNA <br> PO Box 6497 <br> Sioux Falls SD 57117-6497 | | | | | | | 15,068.00 |

Sheet no. __1__ of __25__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　Subtotal▶   $    47,657.00

　　　　　　　　　　　　　　　　　　　　　　　Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                ,        Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6259 <br><br> AT&T/Citi <br> 8787 Baypine Rd <br> Jacksonville FL 32256 | | | | | | | 15,000.00 |
| ACCOUNT NO.  9594 <br><br> Bank of America <br> 4161 Piedmont Pkwy <br> Greensboro NC 27410 | | | | | | | 315,000.00 |
| ACCOUNT NO.  5168/1911 <br><br> Bank of America <br> c/o Gatestone & Co Int'l <br> 1000 N West St #1200 <br> Wilmington DE 19801 | | | | | | | 7,578.00 |
| ACCOUNT NO.  7799 <br><br> Bank of America <br> c/o Merchant Adj Bureau <br> PO Box 9016 <br> Williamsville NY 14231-9016 | | | | | | | 121,926.00 |
| ACCOUNT NO.  7216 <br><br> Bank of America <br> c/o National Recovery Dept <br> PO Box 21846 <br> Greensboro NC 27420-1846 | | | | | | | 397,739.00 |

Sheet no. _2_ of _25_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 857,243.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent_____,          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7701<br><br>Bank of America<br>PO Box 15026<br>Wilmington DE 19850-5026 | | | | | | | 14,210.00 |
| ACCOUNT NO.  1930<br><br>Bank of America<br>PO Box 15026<br>Wilmington DE 19850-5026 | | | | | | | 3,200.00 |
| ACCOUNT NO.  7720<br><br>Bank of America<br>PO Box 15028<br>Wilmington DE 19850-5028 | | | | | | | Notice Only |
| ACCOUNT NO.  4303<br><br>Bank of America<br>PO Box 15184<br>Wilmington DE 19850-5184 | | | | | | | 7,000.00 |
| ACCOUNT NO.  0079<br><br>Bank of America<br>PO Box 15184<br>Wilmington DE 19850-5184 | | | | | | | 14,620.00 |

Sheet no. _3_ of _25_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    39,030.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                ,          Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3436  <br> Bank of America <br> PO Box 15721 <br> Wilmington DE 19886-5721 | | | | | | | 4,229.00 |
| ACCOUNT NO.  7991  <br> Bank of America <br> PO Box 650260 <br> Dallas TX 75265-0260 | | | | | | | 3,500.00 |
| ACCOUNT NO.  3830  <br> Bank of America <br> PO Box 660687 <br> Dallas TX 75266-0687 | | | | | | | 9,000.00 |
| ACCOUNT NO.  7720  <br> Bank of America <br> PO Box 851001 <br> Dallas TX 75285-1001 | | | | | | | 2,500.00 |
| ACCOUNT NO.  4303  <br> Bank of America <br> PO Box 982235 <br> El Paso TX 7998-2235 | | | | | | | 162,274.00 |

Sheet no. _4_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 181,503.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                    ,          Case No. _____
                      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9937/4303/9860/9110/9889/9895 <br><br>Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | | | | | | | 80,877.00 |
| ACCOUNT NO. 1240 <br><br>Bank of America Visa<br>PO Box 15026<br>Wilmington DE 19850-5026 | | | | | | | 25,000.00 |
| ACCOUNT NO. <br><br>Bank of Naples<br>c/o Merchants Assn<br>134 S Tampa St<br>Tampa FL 33602 | | | | | | | 115,000.00 |
| ACCOUNT NO. <br><br>Bank of Naples<br>c/o SARMA<br>1801 Broadway St<br>San Antonio TX 78215 | | | | | | | Notice Only |
| ACCOUNT NO. 10 6898 CA <br><br>Bank of Naples<br>c/o Treiser Collins<br>3080 Tamiami Trl E<br>Naples FL 34112 | | | | | | | 2,101,101.00 |

Sheet no. 5 of 25 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  2,321,978.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

BankruptcyPro 2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30534-002Y- *****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent         ,          Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3309 <br><br> Bank of Omaha <br> c/o CFS II Inc <br> 2488 E 81st St #500 <br> Tulsa OK 74137 | | | | | | | 5,236.00 |
| ACCOUNT NO. 7782 <br><br> Bank of the West/Capital <br> Dept LA 23091 <br> Pasadena CA 91185-3091 | | | | | | | 49,900.00 |
| ACCOUNT NO. 9416 <br><br> Bankcard Svc <br> PO Box 15026 <br> Wilmington DE 19850-5026 | | | | | | | 35,000.00 |
| ACCOUNT NO. 4383/0534 <br><br> CACH LLC/Bank of America <br> 1422 B E 71st St <br> Tulsa OK 74136 | | | | | | | 15,100.00 |
| ACCOUNT NO. 9490 <br><br> Capital One <br> PO Box 30285 <br> Salt Lake City UT 84130-0285 | | | | | | | 13,777.00 |

Sheet no. 6 of 25 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 119,013.00
Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent_____,          Case No. _____
                          Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2238<br>Capital One Bank<br>PO Box 650010<br>Dallas TX 75265-0010 | | | | | | | 35,000.00 |
| ACCOUNT NO. 2238<br>Capital One Bank<br>PO Box 3273<br>Salt Lake City UT 84103 | | | | | | | 13,777.00 |
| ACCOUNT NO. 0745<br>Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City UT 84130 | | | | | | | 6,774.00 |
| ACCOUNT NO. 9740<br>Card Member Svc<br>PO Box 2858<br>Omaha NE 68103-2858 | | | | | | | 13,000.00 |
| ACCOUNT NO.<br>CBCNN/J<br>c/o Scott & Accos<br>830 NE 20th Ave #2<br>Fort Lauderdale FL 33304 | | | | | | | Notice Only |

Sheet no. _7_ of _25_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 68,551.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    ,        Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Chase c/o Midland Credit Mgmt Inc 8875 Aero Dr #200 San Diego CA 92123 | | | | | | | 1,000.00 |
| ACCOUNT NO.  5038 | | | | | | | |
| Chase c/o Midland Funding LLC 8875 Aero Dr San Diego CA 92123 | | | | | | | 6,580.00 |
| ACCOUNT NO.  2562 | | | | | | | |
| Chase PO Box 15298 Wilmington DE 19850-5298 | | | | | | | 11,038.00 |
| ACCOUNT NO.  11 198 CC | | | | | | | |
| Chase Bank USA NA c/o JPMorgan Chase-Legal PO Box 9622 Deerfield Beach FL 33442 | | | | | | | 11,038.00 |
| ACCOUNT NO.  11 109 SC | | | | | | | |
| Chase Bank USA NA c/o JPMorganChase-Legal PO Box 9622 Deerfield Beach FL 33442 | | | | | | | 4,514.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-002Y-*****

Sheet no.  8   of 25   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    34,170.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent_____,     Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11 176 SC | | | | | | | |
| Chase Bank USA NA c/o JPMorganChase-Legal PO Box 9622 Deerfield Beach FL 33442 | | | | | | | 2,808.00 |
| ACCOUNT NO.  1615 | | | | | | | |
| Chase Bank USA NA PO Box 15298 Wilmington DE 19850 | | | | | | | 6,696.00 |
| ACCOUNT NO.  1612 | | | | | | | |
| Chase Card Svc PO Box 15298 Wilmington DE 19850-5298 | | | | | | | 5,000.00 |
| ACCOUNT NO.  9335 | | | | | | | |
| Chase Card Svc PO Box 15298 Wilmington DE 19886-5298 | | | | | | | 2,808.00 |
| ACCOUNT NO.  9659 | | | | | | | |
| Chase/Bank One Card Svc PO Box 15298 Wilmington DE 19850 | | | | | | | 6,741.00 |

Sheet no.  9  of 25  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    24,053.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent_____,     Case No. _____
                     Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  658 <br><br> Cintas <br> 12650 Westlink Dr <br> Fort Myers FL 33913 | | | | | | | 250.00 |
| ACCOUNT NO.  5135 <br><br> Citi Card <br> Po Box 6500 <br> Des Moines IA 50363-0005 | | | | | | | 4,500.00 |
| ACCOUNT NO.  8175 <br><br> Citibank <br> c/o Phillips & Cohen Assoc <br> 1004 Justison St Mail Stop 879 <br> Wilmington DE 19801-5148 | | | | | | | 7,399.00 |
| ACCOUNT NO.  6259 <br><br> Citibank <br> c/o Portfolio Recovery <br> PO Box 12914 <br> Norfolk VA 23541 | | | | | | | 2,044.00 |
| ACCOUNT NO.  5366 <br><br> Citibank Mastercard <br> PO Box 689197 <br> Des Moines IA 50368-9197 | | | | | | | 800.00 |

Sheet no. _10_ of _25_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    14,993.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 30534-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    ,        Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11 894 SC<br><br>Citibank NA<br>c/o Zakheim & LaVrar<br>1045 S University Dr #202<br>Plantation FL 33324 | | | | | | | 3,026.00 |
| ACCOUNT NO.  4843<br><br>Citibank/Sears<br>PO Box 6282<br>Sioux Falls SD 57117 | | | | | | | 9,900.00 |
| ACCOUNT NO.  9697<br><br>Citibusiness Card<br>PO Box 6309<br>The Lakes NV 88901-6309 | | | | | | | 3,000.00 |
| ACCOUNT NO.  6975<br><br>Citifinancial<br>PO Box 183041<br>Columbus OH 43218-3041 | | | | | | | 7,500.00 |
| ACCOUNT NO.  0007<br><br>Collier County Code Enforcement<br>2800 N Horseshoe Dr<br>Naples FL 34104 | | | | | | | Notice Only |

Sheet no. 11 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 23,426.00

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30534-002Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                    ,        Case No. _____
                              Debtor                                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0007<br>Collier County Tax Collector<br>3291 Tamiami Trl E<br>Naples FL 34112 | | | | | | | Notice Only |
| ACCOUNT NO.  2426<br>Countrywide<br>PO Box 660625<br>Dallas TX 75265 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Cowley & Bergman<br>415 Lawrence Bell Dr<br>Williamsville NY 14221 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Credit Control LLC<br>5757 Phantom Dr<br>Hazelwood MO 63042 | | | | | | | Notice Only |
| ACCOUNT NO.  0642<br>Discover<br>PO Box 6102<br>Carol Stream IL 60197-6103 | | | | | | | 7,448.00 |

Sheet no.  12  of 25  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 7,448.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re    Mark B. Sturdivent & Julie A. Sturdivent            ,            Case No. _____
                              Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11 2524 CC<br><br>Discover Bank<br>c/o Zakheim & LaVrar<br>1045 S University Dr #202<br>Plantation FL 33324 | | | | | | | 13,014.00 |
| ACCOUNT NO. 11 2572 CA<br><br>Discover Bank<br>c/o Zakheim & LaVrar<br>1045 S University Dr #202<br>Plantation FL 33324 | | | | | | | 21,965.00 |
| ACCOUNT NO. 1409<br><br>DSI Labs<br>PO Box 2240<br>Burlington NC 27216-2240 | | | | | | | 28.00 |
| ACCOUNT NO. 6411<br><br>Eddie's Pool Service Inc<br>6741 Livingston Woods Ln<br>Naples FL 34109 | | | | | | | 500.00 |
| ACCOUNT NO.<br><br>Equable Ascent Financial<br>1120 W Lake Cook Rd #B<br>Buffalo Grove IL 50089 | | | | | | | Notice Only |

Sheet no. 13 of 25 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 35,507.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30534-302Y-*-****

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                ,          Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5380<br>Financial Credit Svc<br>PO Box 90<br>Clearwater FL 33757 | | | | | | | 92.00 |
| ACCOUNT NO.<br>Financial Rec Svc<br>PO Box 385908<br>Minneapolis MN 55438 | | | | | | | Notice Only |
| ACCOUNT NO.  8439<br>First Equity<br>c/o Stoneleigh Recovery Assoc<br>PO Box 1479<br>Lombard IL 60148-8479 | | | | | | | 10,002.00 |
| ACCOUNT NO.  8130<br>First Equity<br>c/o Stoneleigh Recovery Assoc<br>PO Box 23029<br>Columbus GA 31902-3029 | | | | | | | 10,002.00 |
| ACCOUNT NO.  8148<br>First Equity<br>PO Box 84072<br>Columbus GA 31901-4075 | | | | | | | 8,000.00 |

Sheet no. __14__ of __25__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  28,096.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver 4.7.2-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    ,        Case No. _____
      Debtor                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7185 <br> First National Bank <br> PO Box 2557 <br> Omaha NE 68103-2557 | | | | | | | 18,860.00 |
| ACCOUNT NO. <br> Frederick J Hanna & Assoc <br> 2263 Northwest Park SE <br> Marietta GA 30067 | | | | | | | Notice Only |
| ACCOUNT NO.  0592 <br> GE Capital <br> c/o Portfolio Recovery Assoc <br> 120 Corporate Blvd #100 <br> Norfolk VA 23502 | | | | | | | 8,717.00 |
| ACCOUNT NO.  13 SC 1108 <br> GE Capital Retail/Portfolio <br> c/o Chantel C Wonder <br> 140 Corporate Blvd <br> Norfolk VA 23502 | | | | | | | 18,860.00 |
| ACCOUNT NO.  13 CC 1048 <br> GE Capital Retail/Portfolio Recovery <br> c/o David M Greenbaum <br> PO Box 267054 <br> Fort Lauderdale FL 33326 | | | | | | | 8,000.00 |

Sheet no.  15  of 25  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  54,437.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30534-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    ,          Case No. _____
                        Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0901<br><br>GE Capital/JC Penney<br>PO Box 965007<br>Orlando FL 32896 | | | | | | | 5,509.00 |
| ACCOUNT NO.  0773<br><br>GE PayPal Mastercard<br>PO Box 965005<br>Orlando FL 32896 | | | | | | | 8,717.00 |
| ACCOUNT NO.  9283<br><br>Global Security<br>12491 SW 134th Crt #26<br>Miami FL 33186 | | | | | | | 108.00 |
| ACCOUNT NO.<br><br>Granite Bay Acceptance 1<br>2940 Hebron Park Dr<br>Hebron KY 41048 | | | | | | | Notice Only |
| ACCOUNT NO.  4211<br><br>Gulf to Bay Anesthesiology Assoc<br>PO Box 637791<br>Cincinnati OH 45263-0001 | | | | | | | 400.00 |

Sheet no. 16 of 25 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    14,734.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 -30334-3021 - *****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent _____ ,        Case No. _____
      **Debtor**                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2857 <br><br> Home Depot <br> PO Box 6029 <br> The Lakes NV 88901-6029 | | | | | | | 2,400.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia PA 19101-7346 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> JA Cambece Law Office <br> 4340 S Monaco St <br> Denver CO 80237 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Lawrence Hecker <br> 4340 S Monaco St <br> Denver CO 80237 | | | | | | | Notice Only |
| ACCOUNT NO.  7377 <br><br> MBNA <br> PO Box 15286 <br> Wilmington DE 19886-5286 | | | | | | | 100.00 |

Sheet no. 17 of 25 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2,500.00

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                ,          Case No. _____
                              Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MRS BPO LLC <br> 1930 Olney Ave <br> Cherry Hill NJ 08003 | | | | | | | Notice Only |
| ACCOUNT NO. 2172 <br> Naples Pathology Assoc <br> PO Box 166324 <br> Miami FL 33116-6324 | | | | | | | 427.00 |
| ACCOUNT NO. <br> Naples Property Co LLC <br> 813 Barcomil Way <br> Naples FL 34110 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Nationwide Credit Inc <br> 2015 Vaughn Rd NW #400 <br> Kennesaw GA 30144 | | | | | | | Notice Only |
| ACCOUNT NO. 2961 <br> NCH Healthcare Sys <br> PO Box 8569 <br> Naples FL 34101-8569 | | | | | | | 118.00 |

Sheet no. 18 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 545.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.3-792 - 30034-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                     ,          Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NCO Financial Sys<br>507 Prudential Rd<br>Horsham PA 19044 | | | | | | | Notice Only |
| ACCOUNT NO.  7184<br>Neogenomics Labs<br>PO Box 864110<br>Orlando FL 32886-4110 | | | | | | | 1,703.00 |
| ACCOUNT NO.<br>Northstar LOC Svc LLC<br>4285 Genesee<br>Cheektowaga NY 14225 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Northstar Prim Cred Crd<br>4285 Genesee St<br>Cheektowaga NY 14225 | | | | | | | Notice Only |
| ACCOUNT NO.  2638<br>Office Depot<br>PO Box 689020<br>Des Moines IA 50368-9020 | | | | | | | 4,000.00 |

Sheet no.  19  of 25  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $  5,703.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    ,        Case No. _____
Debtor                                                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0869 <br><br> Parrish & Yarnell PA <br> 3431 Pine Ridge Rd <br> Naples FL 34109 | | | | | | | 50,219.00 |
| ACCOUNT NO.  0592 <br><br> PayPal <br> c/o Portfolio Recovery Assoc <br> PO Box 12903 <br> Norfolk VA 23541 | | | | | | | 8,470.00 |
| ACCOUNT NO. <br><br> Pezzuto Law Firm <br> 6636 Cedar Ave #150 <br> Minneapolis MN 55423 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Pezzuto Law Office <br> 4013 E Broadway #A2 <br> Phoenix AZ 85040 | | | | | | | Notice Only |
| ACCOUNT NO.  9740 <br><br> Portfolio American Asset Mgmt <br> 1427 Roswell Rd <br> Marietta GA 30062 | | | | | | | 18,860.00 |

Sheet no. _20_ of _25_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 77,549.00

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.3-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent          ,          Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Professional Recovery SE <br> 211 Laurel Rd <br> Voorhees NJ 08043 | | | | | | | Notice Only |
| ACCOUNT NO.  0022 <br><br> Regions FIA Card Svc/Amsouth <br> PO Box 15026 <br> Wilmington DE 19850-5026 | | | | | | | 38,057.00 |
| ACCOUNT NO. <br><br> Robert Ahern <br> c/o Swan River Inc <br> PO Box 766 <br> Chatham MA 02633 | | | | | | X | 16,000.00 |
| ACCOUNT NO.  6350 <br><br> Sam's Club <br> PO Box 4596 <br> Carol Stream Il 60197-4596 | | | | | | | 11,000.00 |
| ACCOUNT NO. <br><br> Sea Tech Marine Electronics <br> 3639 Bayshore Dr <br> Naples FL 34112 | | | | | | X | 45,000.00 |

Sheet no.  21  of  25  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 110,057.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30354-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent  ,          Case No. _____
            Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3883 <br><br> Sears Credit Card <br> PO Box 6936 <br> The Lakes NV 88901-6936 | | | | | | | 9,500.00 |
| ACCOUNT NO.  7404 <br><br> Sears Gold Mastercard <br> c/o Credit Control LLC <br> PO Box 488 <br> Hazelwood MO 63042 | | | | | | | 7,315.00 |
| ACCOUNT NO.  0413 <br><br> Sears National <br> PO Box 6564 <br> The Lakes NV 8890-6564 | | | | | | | 11,188.00 |
| ACCOUNT NO.  1848 <br><br> Sears Premier Gold Mastercard <br> PO Box 6922 <br> The Lakes NV 88901-8922 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Sunrise Credit Svc <br> 260 Airport Plaza Blvd <br> Farmington NY 11735 | | | | | | | Notice Only |

Sheet no. 22 of 25 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 28,003.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Mark B. Sturdivent & Julie A. Sturdivent                    ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10 6863 CA<br><br>Synovus Bank<br>c/o Adams and Reese<br>150 2nd Ave N 17th Fl<br>St Petersburg FL 33701 | | | | | | | 470,121.00 |
| ACCOUNT NO.  10 6863 CA<br><br>Synovus Bank<br>PO Box 30707<br>Tampa FL 30707 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>United Recovery Sys<br>5800 N Course Dr<br>Houston TX 77072 | | | | | | | Notice Only |
| ACCOUNT NO.  4435<br><br>US Bank<br>c/o CACH Inc<br>PO Box 790408<br>St Louis MO 63179-0408 | | | | | | | 12,078.00 |
| ACCOUNT NO.  4383<br><br>US Bank/Fleet/Bank of America<br>c/o CACH LLC<br>4340 S Monaco 2nd Fl<br>Denver CO 80237 | | | | | | | 43,261.00 |

Sheet no. 23  of 25  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $  525,460.00

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark B. Sturdivent & Julie A. Sturdivent                  ,        Case No. _____
                                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Van Ru Credit Corp 1350 E Touhy #300E Des Moines IA 50018 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Water Connection 28190 Old 41 #101 Bonita Springs FL 34135 | | | | | | | 383.00 |
| ACCOUNT NO.  1998 | | | | | | | |
| Wells Fargo PO Box 54780 Los Angeles CA 90054-0780 | | | | | | | 195,000.00 |
| ACCOUNT NO.  7178 | | | | | | | |
| Wells Fargo PO Box 660455 Dallas TX 75266-0455 | | | | | | | 0.00 |
| ACCOUNT NO.  5107 | | | | | | | |
| Wells Fargo Bank c/o IC System PO Box 64887 St Paul MN 55164-0887 | | | | | | | 100.00 |

Sheet no. 24  of 25  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  195,483.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re __Mark B. Sturdivent & Julie A. Sturdivent_____ ,
　　　　　　　　　　　Debtor

Case No. _____
　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11 1737 CA | | | | | | | |
| Wells Fargo Bank NA c/o Naderpour & Assoc 1906 Hollywood Blvd Hollywood FL 33020 | | | | | | | 193,372.00 |
| ACCOUNT NO.  7178 | | | | | | | |
| Wells Fargo/HSBC PO Box 10335 Des Moines IA 50306 | | | | | | | Notice Only |
| ACCOUNT NO.  7630/5860/8419/7990 | | | | | | | |
| Woodward Pires & Lombaro PO Box 1 Marco Island FL 34146 | | | | | | | 31,134.00 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. _25_ of _25_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 224,506.00

Total▶ | $ | 5,051,334.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6G (Official Form 6G) (12/07)

In re  Mark B. Sturdivent & Julie A. Sturdivent                    Case No. _____
              Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 30334-302Y-*****

B6H (Official Form 6H) (12/07)

In re  Mark B. Sturdivent & Julie A. Sturdivent                              Case No.  _____
                    Debtor                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sturdivent Foods Inc<br>5566 Shirley St<br>Naples FL 34109 | Central Bank Southwest Florida<br>4099 Tamiami Trl N #100<br>Naples FL 34103 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6I (Official Form 6I) (12/07)

In re    Mark B. Sturdivent & Julie A. Sturdivent                           Case
              Debtor                                                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son | AGE(S): 19, 21 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales | Not employed |
| Name of Employer | Sturdivent Produce LLC | |
| How long employed | 8 months | |
| Address of Employer | Naples FL | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 1,300.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 1,300.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 1,300.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ | $ 0.00 | $ 0.00 |
| | (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,300.00 | $ 0.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 1,300.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

        None

Bankrupcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6J (Official Form 6J) (12/07)

In re   Mark B. Sturdivent & Julie A. Sturdivent          Case No. _____
_____
              Debtor                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
| a. Are real estate taxes included?          Yes _____ No  ✓ | | |
| b. Is property insurance included?          Yes _____ No  ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 180.00 |
| b. Water and sewer | $ | 86.00 |
| c. Telephone | $ | 0.00 |
| d. Other  Cable | $ | 160.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10.Charitable contributions | $ | 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d.Auto | $ | 0.00 |
| e. Other_____ | $ | 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other  Cell phones | $ | 180.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other        Pet food & care | $ | 60.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, | $ | 3,046.00 |

if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
        None
_____
_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 1,300.00 |
| b. Average monthly expenses from Line 18 above | $ | 3,046.00 |
| c. Monthly net income (a. minus b.) | $ | -1,746.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B6 (Official Form 6 - Declaration) (12/07)

Mark B. Sturdivent & Julie A. Sturdivent

In re _____     Case No. _____
                    **Debtor**                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____45____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _**8·23·13**_                              Signature: _____
                                                                    Debtor

Date _**8/23/13**_                             Signature: _____
                                                          (Joint Debtor, if any)
                                                   [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____
       Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                 Signature: _____

                                             _____
                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida, Fort Myers Division

In Re  Mark B. Sturdivent & Julie A. Sturdivent                                          Case No. _____
                                                                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2013(db) | 19,273 | Wages |
| 2012(db) | 18,000 | Wages |
| 2011(db) | 15,300 | Wages |
| | | |
| 2013(jdb) | | |
| 2012(jdb) | | |
| 2011(jdb) | | |

B7 (Official Form 7) (04/13)                                                                                  2

**2.  Income other than from employment or operation of business**

None ☐      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2012 (db) | 28,650 | Loan repayment |
| 2011(db) | 13,711 | Tax refund & unemployment |

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B7 (Official Form 7) (04/13)                                                                3

None

☐

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Matthew Sturdivent 6411 Sable Ridge Lane Naples FL 34109 Relationship: Son | 12/12 | $2,500 per transfers$10,000 | $10,000 |
| Scott Sturdivent 6411 Sable Ridge Lane Naples FL 34109 Relationship: Son | 12/12 | $4,000 per transfers$8,000 | $8,000 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of America NA v Debtors #13 CA 627 | Replevin | Circuit Court Collier County FL | Pending |
| Synovus Bank v Debtors # 10 6863 CA | Breach of lease | Circuit Court Colllier County FL | Final Judgment |
| American Express Bank FSB v Debtir # 12 CC 398 | Damages | County Court Collier County FL | Dismissed |
| American Express Centurion Bank v Debtor #12 CA 1130 | Damages | Circuit Court Collier County FL | Final Judgment |
| Bank of Naples v Debtors # 10 6898 CA | Foreclosure | Circuit Court Collier County FL | Final Judgment |

B7 (Official Form 7) (04/13)                                                          4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GE Capital Retail Bank/Portfolio Recovery Assoc v Debtor #13 SC 1108 | Damages | County Court Collier County FL | Pending |
| GE Capital Retail Bank/Portfolio Recovery Assoc v Debtor # 13 CC 1947 | Damages | County Court Collier County FL | Pending |
| Discover Bank v Debtor # 11 2524 CC | Damages | County Court Collier County FL | Pending |
| Discover Bank b Debtor # 11 2572 CA | Damages | Ciricuit Court Collier County FL | Pending |
| Citibank NA v Debtor # 11 894 SC | Damages | County Court Collier County FL | Pending |
| Wells Fargo Bank NA v Debtor # 11 1737 CA | Foreclosure | Circuit Court Collier County FL | Final Judgment |
| HSBC/Wells Fargo v Debtors # 10 1524 CA | Foreclosure | Circuit Court Collier County FL | Final Judgment |
| Chase Bank USA NA v Debtor # 11 109 SC | Damages | County Court Collier County FL | Pending |
| Chase Bank USA NA v Debtor # 11 198 CC | Damages | County Court Collier County FL | Pending |
| Chase Bank USA NA v Debtor # 11 176 SC | Damages | County Court Collier County FL | Pending |

B7 (Official Form 7) (04/13)                                                                                                   5

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☒            within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
             or chapter 13 must include information concerning property of either or both spouses whether or not a joint
             petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF | DATE OF | DESCRIPTION AND |
| PERSON FOR WHOSE BENEFIT | SEIZURE | VALUE OF PROPERTY |
| PROPERTY WAS SEIZED | | |

**5.    Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒       deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
        of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
        joint petition is not filed.)

| NAME AND | DATE OF REPOSESSION, | DESCRIPTION AND |
| ADDRESS OF | FORECLOSURE SALE, | VALUE OF PROPERTY |
| CREDITOR OR SELLER | TRANSFER OR RETURN | |

**6.    Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒            preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
             any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
             and a joint petition is not filed.)

| NAME AND | DATE OF ASSIGNMENT | TERMS OF |
| ADDRESS | | ASSIGNMENT |
| OF ASSIGNEE | | OR SETTLEMENT |

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒            one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
             chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
             is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND | NAME AND LOCATION | DATE OF | DESCRIPTION AND |
| ADDRESS | OF COURT CASE TITLE | ORDER | VALUE OF PROPERTY |
| OF CUSTODIAN | & NUMBER | | |

B7 (Official Form 7) (04/13)                                                                                          6

7.    Gifts

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒     this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
          family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
          under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
          joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8.    Losses

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☐     commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
          or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
          spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 1/3 interest in 1996 All Seas 18' boat | Accident, totaled, $16,000, recovered $16,000 from insurance | 01/01/13 |
| 1/3 interest in 1999 Lexus RX300 | Accident, totaled Value $6,700, recovered $6,700 from insurance | 02/13/13 |

9.    Payments related to debt counseling or bankruptcy

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐     attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
          petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard J. Hollander Miller & Hollander 2430 Shadowlawn Dr. Ste. 18 Naples, FL 34112 | 08/13 | $1,500 attorneys fee; $306 filing fee |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B7 (Official Form 7) (04/13)                                                                                                                7

## 10. Other transfers

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐       affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
        commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
        is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Matthew Sturdivent<br>6411 Sable Ridge Lane<br>Naples FL 34109<br>Relationship: Son | 12/12 | 1995 All Seas boat, $1,200;<br>1994 Chevy Truck, $500;<br>2002 BMW XE, $1,500;<br>2004 Chevy Tahoe, $2,000 |
| Scott Sturdivent<br>6411 Sable Ridge Lane<br>Naples FL 34109<br>Relationship: Son | 12/12 | Haulmark trailer, $700; 2002 Lexus<br>SC 430, $3,000;<br>Scooter, $200;  Scooter, $100; 1999<br>Lexus, $1,500 |
| Matthew Sturdivent<br>6411 Sable Ridge Lane<br>Naples FL 34109<br>Relationship: Son | 12/12 | 1995 All Seas Boat, $1,200<br>2001 BMW XE, $1,500<br>2002 BMW XE |
| Scott Sturdivent<br>6411 Sable Ridge Lane<br>Naples FL 34109<br>Relationship: Son | 12/12 | Lexus, $1,500<br>1999 Lexus |

Debtor held title for his minor sons Matthew
and Scott as a matter of convenience except
for the 2004 Chevy Tahoe and 2002 Lexus SC
430

        b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this
        case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                           8

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Suncoast Schools Federal Credit Union Naples FL | Checking #0848 Closing Balance: $1 $1 | 07/01/13 |
| John Hancock | Bond fund #4362 Closing Balance: $2,852 | 03/28/13 |

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Iberia Bank Naples FL | Debtors | Miscellaneous papers | N/A |

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          9

**14.    Property held for another person**

None



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.    Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.    Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc.. ver. 4.7.2-792 - 30134-302Y-*****

   b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

   c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None
☐

   a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Sturdivent Foods Inc | 59-1618995 | 5566 Shirley St Naples FL 34109 | Wholesale food distributor | 06/64 to 12/31/12 |
| Sturdivent Holdings Inc | 20-8384436 | 5532 Shirley St Naples FL 34109 | Commercial rental properties | 06/07 to 12/31/12 |

B7 (Official Form 7) (04/13)                                                                                       11

---

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                    ADDRESS

## [Questions 19 - 25 are not applicable to this case]

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    *8/23/13*                                     Signature              *[signature]*
                                                        of Debtor        MARK B. STURDIVENT

Date    *8/23/13*                                     Signature              *[signature]*
                                                        of Joint Debtor   JULIE A. STURDIVENT

                          0     continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida, Fort Myers Division

Mark B. Sturdivent & Julie A. Sturdivent

In re _____ ,   Case No. _____
                   Debtor                                                            Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No.  1

| Creditor's Name:<br>  Wells Fargo/HSBC | Describe Property Securing Debt:<br>  Homestead property - see Exhibit "1" attached<br>  hereto |
|---|---|

Property will be *(check one):*
  ☑ Surrendered                   ☐ Retained

If retaining the property, I intend to *(check at least one):*
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one):*
  ☐ Claimed as exempt                ☑ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| Creditor's Name:<br>  Wells Fargo | Describe Property Securing Debt:<br>  Homestead property - see Exhibit "1" attached<br>  hereto |
|---|---|

Property will be *(check one):*
  ☑ Surrendered                   ☐ Retained

If retaining the property, I intend to *(check at least one):*
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one):*
  ☐ Claimed as exempt                ☑ Not claimed as exempt

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B8 (Official Form 8) (12/08)

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>❒ YES        ❒ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>❒ YES        ❒ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>❒ YES        ❒ NO |

___10___ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.

Date: _8/23/13_

Signature of Debtor

Signature of Joint Debtor

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 30334-302Y-*****

B8 (Official Form 8)(12/08)                                    Page 10

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**  - Continuation

Property No: 17

**Creditor's Name:**
GE Money Bank

**Describe Property Securing Debt:**
2005 Yamaha jetboat

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property
☑  Reaffirm the debt
☐  Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt          ☑  Not claimed as exempt

---

Property No: 18

**Creditor's Name:**
Bank of America

**Describe Property Securing Debt:**
2004 Monaco Signature Motor Home

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property
☑  Reaffirm the debt
☐  Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt          ☑  Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A  - Continuation

---

Property No: 21

**Creditor's Name:**
Lahaina Inn

**Describe Property Securing Debt:**
Timeshare in Lee County FL

Property will be  *(check one):*
☑  Surrendered                    ☐  Retained

If retaining the property, I intend to  *(check at least one):*
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt

---

Property No: 22

**Creditor's Name:**

**Describe Property Securing Debt:**
BP claim (Debtors)

Property will be  *(check one):*
☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one):*
☐  Redeem the property
☐  Reaffirm the debt
☑  Other.  Explain _retain, keep current_____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☑  Claimed as exempt                    ☐  Not claimed as exempt

B22A (Official Form 22A) (Chapter 7) (04/13)

In re  Mark B. Sturdivent & Julie A. Sturdivent
_____
                    Debtor(s)

Case Number:_____
                    (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):
☐ The presumption arises.
☑ The presumption does not arise.
☐ The presumption is temporarily inapplicable.

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
| --- |

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br> a.  ☐  I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>        ☐  I remain on active duty /or/ <br>        ☐  I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br>      OR <br> b.  ☐  I am performing homeland defense activity for a period of at least 90 days /or/ <br>        ☐  I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankrupscy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 36334-302Y-*****

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.

2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |
|---|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 3,262.00 | $ 0.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | $ 0.00 | $ 0.00 |
| | a. | Gross receipts | $ 0.00 | | |
| | b. | Ordinary and necessary business expenses | $ 0.00 | | |
| | c. | Business income | Subtract Line b from Line a | | |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | $ 0.00 | $ 0.00 |
| | a. | Gross receipts | $ 0.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | |
| 6 | **Interest, dividends and royalties.** | | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B. | | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 — Spouse $ 0.00 | | $ 0.00 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.72-792 - 30334-302Y-*****

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | | a. | $ 0.00 |
| | | b. | $ 0.00 |
| | Total and enter on Line 10 | $ 0.00 | $ 0.00 |
| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 3,262.00 | $ 0.00 |
| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ 3,262.00 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ 39,144.00 |
|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence: Florida    b. Enter debtor's household size: 4 | $ 65,260.00 |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed. ☑ The amount on Line 13 is less than or equal to the amount on Line 14. Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. ☐ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | $ N.A. |
|---|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | | a. | $ |
| | | b. | $ |
| | | c. | $ |
| | Total and enter on Line 17. | | $ N.A. |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | | $ N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.

4

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | | |
|---|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | N.A. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

| | | | |
|---|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ | N.A. |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | N.A. | | |
|---|---|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | N.A. | | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | | | |

| | | | |
|---|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | N.A. |

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.                                                    5

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $      N.A. |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $      N.A. |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | $      N.A. |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $      N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $      N.A. |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | $      N.A. |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $      N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $      N.A. |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $      N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $      N.A. |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $      N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $      N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-792 - 26334-302Y-*****

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.

6

| | | | |
|---|---|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | N.A. |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ | N.A. |

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32. | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ | N.A. |<br>| b. | Disability Insurance | $ | N.A. |<br>| c. | Health Savings Account | $ | N.A. |<br><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount, state your actual average expenditures in the space below:**<br>$ _____N.A._____ | $ | N.A. |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | N.A. |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
|---|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ | N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ | N.A. |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total Average Monthly payments on Line 42. | | $ | N.A. |
|---|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Line a, b and c | |

| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ | N.A. |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | N.A. |
|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-302Y-*****

| 45 | | Chapter 13 administrative expenses. If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $    N.A. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x    N.A. | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $    N.A. |

| 46 | Total Deductions for Debt Payment. Enter the total of Lines 42 through 45. | $    N.A. |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 33, 41, and 46. | $    N.A. |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $    N.A. |
|---|---|---|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $    N.A. |
| 50 | Monthly disposable income under § 707(b)(2). Subtract Line 49 from Line 48 and enter the result. | $    N.A. |
| 51 | 60-month disposable income under § 707(b)(2). Multiply the amount in Line 50 by the number 60 and enter the result. | $    N.A. |

| 52 | Initial presumption determination. Check the applicable box and proceed as directed.<br><br>☑ The amount on Line 51 is less than $7,475*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ The amount set forth on Line 51 is more than $12,475*. Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ The amount on Line 51 is at least $7,475*, but not more than $12,475*. Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | Enter the amount of your total non-priority unsecured debt. | $    N.A. |
|---|---|---|
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result. | $    N.A. |

| 55 | Secondary presumption determination. Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 51 is less than the amount on Line 54. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ The amount on Line 51 is equal to or greater than the amount on Line 54. Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

### Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $    N.A. |
| | b. | | $    N.A. |
| | c. | | $    N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30334-303Y-*****

9

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: 8-23-13            Signature: _____ <br> *(Debtor)* <br><br> Date: 8/23/13            Signature: _____ <br> *(Joint Debtor, if any)* |

## Form 22 Continuation Sheet

| Income Month 1 | | |
|---|---|---|
| Gross wages, salary, tips... | 3,262.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| Income Month 2 | | |
|---|---|---|
| Gross wages, salary, tips... | 3,262.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| Income Month 3 | | |
|---|---|---|
| Gross wages, salary, tips... | 3,262.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| Income Month 4 | | |
|---|---|---|
| Gross wages, salary, tips... | 3,262.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| Income Month 5 | | |
|---|---|---|
| Gross wages, salary, tips... | 3,262.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| Income Month 6 | | |
|---|---|---|
| Gross wages, salary, tips... | 3,262.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-792 - 30334-302Y-*****

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida, Fort Myers Division

In re:

**Mark B. Sturdivent & Julie A. Sturdivent**

Case No.

Chapter 7

Debtor(s)

## COMPENSATION STATEMENT OF ATTORNEYS FOR THE DEBTOR(S)

1.    The undersigned is the attorney for the Debtor(s) in this case and hereby enters the appearance of Edward R. Miller and Richard J. Hollander of Miller and Hollander, as attorneys for the Debtor(s).

2.    The total compensation promised the firm of Miller and Hollander by the Debtor(s) for the services rendered or to be rendered in connection with this case is $1,500.00, which may be adjusted to match the court fee guidelines, plus a filing fee of $306.00; an additional $350.00 per hour, plus costs, is agreed to be paid for any adversary proceedings, motions or hearings other than the creditor's meeting; the only compensation which has been received from the Debtor(s) or any other person on said account is $1,500.00 and $306.00 filing fee; and the source of the compensation paid is the Debtor(s).

3.    The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except as allowed by law.

*Edward R. Miller*

RICHARD J. HOLLANDER
Florida Bar No. 884900
EDWARD R. MILLER
Florida Bar No. 182746
2430 Shadowlawn Drive Ste. 18
Naples, FL 34112
Telephone 239-775-2000
Facsimile   239-775-7953

21st Century Oncology
PO Box 862152
Orlando FL 32886-2152

American Express
PO Box 36002
Fort Lauderdale FL 33336

American Express
PO Box 981537
El Paso TX 79998

American Express Bank FSB
c/o Henschel & Beinhaker
3475 Sheridan St #305
Hollywood FL 33021

American Express Centurion Bank
c/o Cordoba & Assoc PA
1551 Sawgrass Corp Pkwy #110
Sunrise FL 33323

American Recovery Svc
555 St Charles #100
Thousand Oaks CA 91360

AMEX
c/o Jaffe & Osher LLP
600 3rd Ave
New York NY 10016

AT&T Universal Card
PO Box 6406
The Lakes NV 88901-6406

AT&T Universal/CD CBNA
PO Box 6497
Sioux Falls SD 57117-6497

AT&T/Citi
8787 Baypine Rd
Jacksonville FL 32256

Bank of America
4161 Piedmont Pkwy
Greensboro NC 27410

Bank of America
c/o Gatestone & Co Int'l
1000 N West St #1200
Wilmington DE 19801

Bank of America
c/o Merchant Adj Bureau
PO Box 9016
Williamsville NY 14231-9016

Bank of America
c/o National Recovery Dept
PO Box 21846
Greensboro NC 27420-1846

Bank of America
c/o Sapurstein & Block
9700 S Dixie Hwy #1000
Miami FL 33156

Bank of America
PO Box 15026
Wilmington DE 19850-5026

Bank of America
PO Box 15026
Wilmington DE 19850-5026

Bank of America
PO Box 15028
Wilmington DE 19850-5028

Bank of America
PO Box 15184
Wilmington DE 19850-5184

Bank of America
PO Box 15184
Wilmington DE 19850-5184

Bank of America
PO Box 15721
Wilmington DE 19886-5721

Bank of America
PO Box 650260
Dallas TX 75265-0260

Bank of America
PO Box 660687
Dallas TX 75266-0687

Bank of America
PO Box 851001
Dallas TX 75285-1001

Bank of America
PO Box 982235
El Paso TX 7998-2235

Bank of America
PO Box 982235
El Paso TX 79998-2235

Bank of America Visa
PO Box 15026
Wilmington DE 19850-5026

Bank of Naples
c/o Merchants Assn
134 S Tampa St
Tampa FL 33602

Bank of Naples
c/o SARMA
1801 Broadway St
San Antonio TX 78215

Bank of Naples
c/o Treiser Collins
3080 Tamiami Trl E
Naples FL 34112

Bank of Omaha
c/o CFS II Inc
2488 E 81st St #500
Tulsa OK 74137

Bank of the West/Capital
Dept LA 23091
Pasadena CA 91185-3091

Bankcard Svc
PO Box 15026
Wilmington DE 19850-5026

CACH LLC/Bank of America
1422 B E 71st St
Tulsa OK 74136

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

Capital One Bank
PO Box 650010
Dallas TX 75265-0010

Capital One Bank
PO Box 3273
Salt Lake City UT 84103

Capital One Bank USA NA
PO Box 30281
Salt Lake City UT 84130

Card Member Svc
PO Box 2858
Omaha NE 68103-2858

CBCNN/J
c/o Scott & Accos
830 NE 20th Ave #2
Fort Lauderdale FL 33304

Chase
c/o Midland Credit Mgmt Inc
8875 Aero Dr #200
San Diego CA 92123

Chase
c/o Midland Funding LLC
8875 Aero Dr
San Diego CA 92123

Chase
PO Box 15298
Wilmington DE 19850-5298

Chase Bank USA NA
c/o JPMorgan Chase-Legal
PO Box 9622
Deerfield Beach FL 33442

Chase Bank USA NA
c/o JPMorganChase-Legal
PO Box 9622
Deerfield Beach FL 33442

Chase Bank USA NA
c/o JPMorganChase-Legal
PO Box 9622
Deerfield Beach FL 33442

Chase Bank USA NA
PO Box 15298
Wilmington DE 19850

Chase Card Svc
PO Box 15298
Wilmington DE 19850-5298

Chase Card Svc
PO Box 15298
Wilmington DE 19886-5298

Chase/Bank One Card Svc
PO Box 15298
Wilmington DE 19850

Cintas
12650 Westlink Dr
Fort Myers FL 33913

Citi Card
Po Box 6500
Des Moines IA 50363-0005

Citibank
c/o Phillips & Cohen Assoc
1004 Justison St Mail Stop 879
Wilmington DE 19801-5148

Citibank
c/o Portfolio Recovery
PO Box 12914
Norfolk VA 23541

Citibank Mastercard
PO Box 689197
Des Moines IA 50368-9197

Citibank NA
c/o Zakheim & LaVrar
1045 S University Dr #202
Plantation FL 33324

Citibank/Sears
PO Box 6282
Sioux Falls SD 57117

Citibusiness Card
PO Box 6309
The Lakes NV 88901-6309

Citifinancial
PO Box 183041
Columbus OH 43218-3041

Collier County Code
Enforcement
2800 N Horseshoe Dr
Naples FL 34104

Collier County Tax Collector
3291 Tamiami Trl E
Naples FL 34112

Countrywide
PO Box 660625
Dallas TX 75265

Cowley & Bergman
415 Lawrence Bell Dr
Williamsville NY 14221

Credit Control LLC
5757 Phantom Dr
Hazelwood MO 63042

Discover
PO Box 6102
Carol Stream IL 60197-6103

Discover Bank
c/o Zakheim & LaVrar
1045 S University Dr #202
Plantation FL 33324

Discover Bank
c/o Zakheim & LaVrar
1045 S University Dr #202
Plantation FL 33324

DSI Labs
PO Box 2240
Burlington NC 27216-2240

Eddie's Pool Service Inc
6741 Livingston Woods Ln
Naples FL 34109

Equable Ascent Financial
1120 W Lake Cook Rd #B
Buffalo Grove IL 50089

Financial Credit Svc
PO Box 90
Clearwater FL 33757

Financial Rec Svc
PO Box 385908
Minneapolis MN 55438

First Equity
c/o Stoneleigh Recovery Assoc
PO Box 1479
Lombard IL 60148-8479

First Equity
c/o Stoneleigh Recovery Assoc
PO Box 23029
Columbus GA 31902-3029

First Equity
PO Box 84072
Columbus GA 31901-4075

First National Bank
PO Box 2557
Omaha NE 68103-2557

Frederick J Hanna & Assoc
2263 Northwest Park SE
Marietta GA 30067

GE Capital
c/o Portfolio Recovery Assoc
120 Corporate Blvd #100
Norfolk VA 23502

GE Capital Retail/Portfolio
c/o Chantel C Wonder
140 Corporate Blvd
Norfolk VA 23502

GE Capital Retail/Portfolio Recovery
c/o David M Greenbaum
PO Box 267054
Fort Lauderdale FL 33326

GE Capital/JC Penney
PO Box 965007
Orlando FL 32896

GE Money Bank
PO Box 6153
Rapid City SD 57709-6153

GE PayPal Mastercard
PO Box 965005
Orlando FL 32896

Global Security
12491 SW 134th Crt #26
Miami FL 33186

Granite Bay Acceptance 1
2940 Hebron Park Dr
Hebron KY 41048

Gulf to Bay Anesthesiology Assoc
PO Box 637791
Cincinnati OH 45263-0001

Home Depot
PO Box 6029
The Lakes NV 88901-6029

HSBC/Wells Fargo
c/o Ronald R Wolfe & Assoc
PO Box 25018
Tampa FL 33622-5018

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JA Cambece Law Office
4340 S Monaco St
Denver CO 80237

Lahaina Inn
5580 Estero Blvd
Fort Myers Beach FL 33931

Lawrence Hecker
4340 S Monaco St
Denver CO 80237

MBNA
PO Box 15286
Wilmington DE 19886-5286

MRS BPO LLC
1930 Olney Ave
Cherry Hill NJ 08003

Naples Pathology Assoc
PO Box 166324
Miami FL 33116-6324

Naples Property Co LLC
813 Barcomil Way
Naples FL 34110

Nationwide Credit Inc
2015 Vaughn Rd NW #400
Kennesaw GA 30144

NCH Healthcare Sys
PO Box 8569
Naples FL 34101-8569

NCO Financial Sys
507 Prudential Rd
Horsham PA 19044

Neogenomics Labs
PO Box 864110
Orlando FL 32886-4110

Northstar LOC Svc LLC
4285 Genesee
Cheektowaga NY 14225

Northstar Prim Cred Crd
4285 Genesee St
Cheektowaga NY 14225

Office Depot
PO Box 689020
Des Moines IA 50368-9020

Parrish & Yarnell PA
3431 Pine Ridge Rd
Naples FL 34109

PayPal
c/o Portfolio Recovery Assoc
PO Box 12903
Norfolk VA 23541

Pezzuto Law Firm
6636 Cedar Ave #150
Minneapolis MN 55423

Pezzuto Law Office
4013 E Broadway #A2
Phoenix AZ 85040

Portfolio American Asset
Mgmt
1427 Roswell Rd
Marietta GA 30062

Professional Recovery SE
211 Laurel Rd
Voorhees NJ 08043

Regions FIA Card Svc/Amsouth
PO Box 15026
Wilmington DE 19850-5026

Robert Ahern
c/o Swan River Inc
PO Box 766
Chatham MA 02633

Sam's Club
PO Box 4596
Carol Stream Il 60197-4596

Sea Tech Marine Electronics
3639 Bayshore Dr
Naples FL 34112

Sears Credit Card
PO Box 6936
The Lakes NV 88901-6936

Sears Gold Mastercard
c/o Credit Control LLC
PO Box 488
Hazelwood MO 63042

Sears National
PO Box 6564
The Lakes NV 8890-6564

Sears Premier Gold
Mastercard
PO Box 6922
The Lakes NV 88901-8922

Sturdivent Foods Inc
5566 Shirley St
Naples FL 34109

Sunrise Credit Svc
260 Airport Plaza Blvd
Farmington NY 11735

Synovus Bank
c/o Adams and Reese
150 2nd Ave N 17th Fl
St Petersburg FL 33701

Synovus Bank
PO Box 30707
Tampa FL 30707

United Recovery Sys
5800 N Course Dr
Houston TX 77072

US Bank
c/o CACH Inc
PO Box 790408
St Louis MO 63179-0408

US Bank/Fleet/Bank of America
c/o CACH LLC
4340 S Monaco 2nd Fl
Denver CO 80237

Van Ru Credit Corp
1350 E Touhy #300E
Des Moines IA 50018

Water Connection
28190 Old 41 #101
Bonita Springs FL 34135

Wells Fargo
PO Box 31557
Billings MT 59107

Wells Fargo
PO Box 54780
Los Angeles CA 90054-0780

Wells Fargo
PO Box 660455
Dallas TX 75266-0455

Wells Fargo Bank
c/o IC System
PO Box 64887
St Paul MN 55164-0887

Wells Fargo Bank NA
c/o Naderpour & Assoc
1906 Hollywood Blvd
Hollywood FL 33020

Wells Fargo/HSBC
PO Box 10335
Des Moines IA 50306

Woodward Pires & Lombaro
PO Box 1
Marco Island FL 34146